# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Feb 28, 2023
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>8807 W. Boone Avenue, West Allis, Wisconsin, to include ~~all associated vehicles parked on the premises~~, the garage, and outbuildings, at this address; White, 2012 Ford Transit Van, bearing Wisconsin license plate AEC-1276, VIN: NM0LS7BN7CT124954, registered to Miguel MORALES-Martin, (more fully described in Attachment A) | Case No. 23 MJ 55 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Eastern_____ District of _____Wisconsin_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), (b)(1)(A) and 846 | Possession with the intent to distribute a controlled substance and conspiracy to possess with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: ____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

JARROD MAGUIRE *Digitally signed by JARROD MAGUIRE Date: 2023.02.28 19:57:43 -06'00'*
*Applicant's signature*

Jarrod C. Maguire, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date: 2/28/2023

*William E. Duffin*
*Judge's signature*

City and state: Milwaukee, WI    Honorable William E. Duffin, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Jarrod C. Maguire, ¬being first duly sworn, hereby depose and state as follows:

## I. BACKGROUND, TRAINING, AND EXPERIENCE

1. I have been employed as a Special Agent with the Drug Enforcement Administration ("DEA") since June 2022 I am currently assigned to the DEA Milwaukee District Office. As part of my duties as a DEA Special Agent, I investigate criminal violations relating to narcotics trafficking and money laundering offenses, including criminal violations of the Federal Controlled Substance laws, including, but not limited to Title 18, United States Code, Sections 1956, and 1957, and Title 21, United States Code, Sections 841, 843, 846, 848, 952 and 963. I have been involved in electronic surveillance methods, the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage, and importation of controlled substances.

2. Prior to my employment with the DEA, I was a Police Officer for the San Diego Police Department from November 2017 to February 2022. Over the course of my career I have assisted with over 100 arrests for possession of controlled substances, being under the influence of a controlled substance, and for possession of drug paraphernalia, and DUI. More specifically, my training and experience includes the following:

    a. I effected arrests, investigated crimes and interacted with community. I seized firearms, contraband, narcotics and identified applicable and enforceable laws. I wrote crime reports, collected evidence, analyzed data and conducted background checks pertaining to investigations. I conducted specialized plain clothes operations and surveillance for ongoing investigations and court cases. I conducted investigative vehicle stops, search warrants and pedestrian stops. I assisted Homicide, Child abuse, Narcotics, Narcotics Task Force and Area Station investigations with briefings, relaying information, operational and action planning and follow-ups pertaining to court cases. I assisted prosecuting attorneys by presenting evidence and testifying in court.

3. I have participated in complex narcotics investigations which involved violations of state and federal controlled substances laws and money laundering laws including Title 21, United States Code, Sections 841(a)(1), 843(b) and 846, and Title 18, United States Code, Sections 1956 and 1957, and other related offenses. More specifically, my training and experience includes the following:

    a. I have utilized informants to investigate drug trafficking. Through informant interviews, and extensive debriefings of individuals involved in drug trafficking, I have learned about the manner in which individuals and organizations distribute controlled substances in Wisconsin and throughout the United States;

b. I have experience conducting street surveillance of individuals engaged in drug trafficking. I have participated in the execution of search warrants where controlled substances, drug paraphernalia, and drug trafficking records were seized;

c. I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy, and methamphetamine. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale. I know the street values of different quantities of the various controlled substances;

d. I am familiar with the language utilized over the telephone to discuss drug trafficking, and know that the language is often limited, guarded, and coded;

e. I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;

f. I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;

g. I know that drug traffickers often put their telephones in nominee names in order to distance themselves from telephones that are utilized to facilitate drug trafficking; and

h. I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry. I also know that drug traffickers often use nominees to purchase and/or title these assets in order to avoid scrutiny from law enforcement officials.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Sections 841(a)(1) and 846 (possession with intent to distribute a controlled substance and conspiracy to possess with intent to distribute a controlled substance) have been committed, are being committed, and will be committed by Miguel MORALES-Martin, and others not yet identified. There is also probable cause to believe that Miguel MORALES-Martin's residence, **8807 W Boone**

**Ave, West Allis, WI**, will constitute evidence of those criminal violations and will lead to the identification of individuals who are engaged in the commission of these offenses.

## II.     LOCATION FOR WHICH A SEARCH WARRANT IS SOUGHT

7.    The target location listed below is located in the Eastern District of Wisconsin, and more particularly described in Attachment A.

   a.    The residence at **8807 W. Boone Avenue, West Allis, Wisconsin**.  This is described as two-story light brown residence, with brick trim and light brown roof with a detached garage.

   b.    The vehicles associated with Miguel MORALES-Martin as detailed in Attachment A.

## III.    PROBABLE CAUSE

8.    Since June 2022, case agents have been investigating the drug trafficking activities of Miguel MORALES-Martin, and others.  Based on information from a confidential source, case agents identified the MORALES-Martin DTO as an organization that coordinates the transportation of cocaine from Mexico to Milwaukee, Wisconsin.

   (Throughout this affidavit, reference will be made to case agents.  Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation.)

9.    In June 2022, Milwaukee DEA Agents conducted a debriefing with a confidential source ("CS-1").  CS-1 stated that near the end of May 2022, he/she ran into a subject known to CS-1 as "El Tio".  CS-1 advised that he/she knew "El Tio" to be a subject that had historically been involved in cocaine trafficking in the Milwaukee, Wisconsin area.  CS-1 knew that "El Tio" was a previous kilogram level cocaine customer of Arturo and Lorenzo GUZMAN.  The GUZMAN's have both been Indicted in the Eastern District of Wisconsin for drug trafficking.  CS-1 stated that during the encounter with "El Tio", "El Tio" asked CS-1 if he/she was still involved (with cocaine trafficking).  "El Tio" told CS-1 that he could get kilogram quantities of cocaine for approximately $38,000 per kilogram, and that the cocaine would be pure.  During this meeting, "El Tio" provided CS-1 with phone number, (920) 489-0758 as a number CS-1 could reach "El Tio" at in the future.  CS-1 also observed a white Ford Transit Van during the encounter with "El Tio", which is the same style of vehicle CS-1 knew "El Tio" to have driven in the past.  CS-1 also stated that he/she believed "El Tio" had a property or home in Green Bay, Wisconsin.

10.    Case agents believe CS-1's information to be credible and reliable for the following reasons.  CS-1 has given case agents detailed and corroborated information concerning numerous individuals involved in drug trafficking, which case agents have independently verified;  CS-1 has provided information to agents, which directly led to the seizure of kilogram quantities of

narcotics; CS-1 has provided information against the CS's penal interest in that the CS has admitted his/her involvement in drug trafficking activities in the past; CS-1 is cooperating with case agents in hope of favorable consideration regarding pending federal narcotics charges; and CS-1 has had an adequate opportunity to directly observe the events discussed and has heard conversations directly from the individuals discussed herein.

11. On June 28, 2022, the DEA issued an administrative subpoena to T-Mobile, requesting subscriber information, telephone or instrument numbers, and local and long-distance telephone connection records for (920) 489-0758. T-Mobile responded that (920) 489-0758 subscribed to "Miguel Morales", with a user provided address of 2027 University Avenue, Green Bay, WI 54302, and that the number was active under that account from November 18, 2015, through the date the subpoena was served. Case agents then obtained a Wisconsin Driver's License photo of Miguel MORALES-Martin. CS-1 positively identified the photo as the subject CS-1 knew to be "El Tio."

12. On July 29, 2022, CS-1 contacted case agents and stated that he/she had just ran into MORALES-Martin and that MORALES-Martin provided CS-1 with a free sample of suspected cocaine. CS-1 observed MORALES-Martin retrieve the sample of suspected cocaine from the garage located at **8807 West Boone Ave, West Allis, Wisconsin**. Case agents later met with CS-1 and retrieved a small plastic bag containing suspected cocaine. The suspected cocaine was subjected to a Nark II #07 field test and received positive results for cocaine HCL with a weight of 3.7 grams.

13. On September 27, 2022, case agents were contacted by Brown County Drug Task Force (BCDTF) detectives regarding an ongoing case BCDTF detectives were working that involved MORALES-Martin. BCDTF detectives informed case agents that on the afternoon of September 27, 2022, BCDTF had conducted an operation in which 9 ounces of cocaine was ordered by a BCDTF CS (CS-2) from Gilberto CRUZ-Plascencia. CRUZ-Plascencia arranged for the cocaine to be delivered to CS-2 in Green Bay, Wisconsin by Julio ARREOLA-Farias.

14. On the afternoon of September 27, 2022, ARREOLA-Farias was observed by BCDTF detectives driving a red 2006 Pontiac Solstice with Wisconsin Registration AFM-5246. ARREOLA-Farias was observed arriving at 2027 University Ave, Green Bay, Wisconsin and parking in the driveway. Prior to ARREOLA-Farias arriving, BCDTF detectives observed a white 2012 Ford Transit Van with Wisconsin Registration AEC-1276 (Subject Vehicle) parked in the driveway at 2027 University Avenue. According to the Wisconsin Department of Transportation the Ford Transit Van, Wisconsin plate AEC-1276 is registered to Miguel MORALES-Martin with an address of **8807 West Boone Avenue, West Allis, Wisconsin**. BCDTF detectives observed MORALES-Martin outside the residence at 2027 University Ave, Green Bay, Wisconsin. BCDTF detectives observed MORALES-Martin walk to Subject Vehicle and remove a package, later identified as containing 9 ounces of suspected cocaine, and then walk to the Pontiac Solstice and have a brief, 10 to 15 second interaction with the driver, ARREOLA-Farias. ARREOLA-Farias was then observed leaving the University Avenue address where he was pulled over by a Green Bay Police Department officer and found to be in possession of 9 ounces of suspected cocaine.

15. On October 5, 2022, the Honorable Stephen C. Dries, United States Magistrate Judge in the Eastern District of Wisconsin, signed a tracking warrant for the white 2012 Ford Transit Van, bearing Wisconsin license plate AEC-1276 (Subject Vehicle). On October 7, 2022, case agents observed the Subject Vehicle parked in the driveway at **8807 West Boone Avenue, West Allis, Wisconsin** and successfully installed the court ordered GPS tracking device.

### A. Purchases of Cocaine from Miguel MORALES-Martin

16. On October 5, 2022, at the direction of case agents, CS-1 contacted MORALES-Martin and asked if he/she could meet with MORALES-Martin. MORALES-Martin agreed to meet with CS-1 the following day on October 6, 2022 at MORALES-Martin's residence, **8807 West Boone Avenue, West Allis, Wisconsin**. Prior to the meeting on October 6, 2022 case agents observed the Subject Vehicle parked in the driveway of **8807 West Boone Avenue**, and MORALES-Martin was observed to be sitting in the driver's seat. CS-1 approached the residence on foot, and as he/she entered the driveway MORALES-Martin was observed exiting the driver's seat of the Subject Vehicle. MORALES-Martin and CS-1 were then observed walking up the driveway towards the detached garage. Case agents lost direct line of sight on CS-1 and MORALES-Martin, but CS-1 later informed case agents they had entered the detached garage at the top of the driveway with MORALES-Martin. During the meeting with MORALES-Martin, CS-1 negotiated the future purchase of 1 ounce of cocaine in exchange for $900 United States Currency (USC). CS-1 and MORALES-Martin exited the garage after the conversation was complete and CS-1 departed the area.

17. On October 14, 2022, under the direction of case agents, CS-1 arranged to purchase the previously negotiated 1 ounce of cocaine from MORALES-Martin for $900 USC. Case agents met with CS-1 at a previously determined location prior to the purchase, and CS-1 advised case agents that he/she had spoken with MORALES-Martin earlier in the day, and MORALES-Martin had told CS-1 to stop by. CS-1 was searched by case agents for drugs, weapons, money, and other contraband with none located. CS-1 was then given $900 Official Advanced Funds (OAF) to make the purchase and departed the predetermined location in route to 8807 W. Boone Avenue, MORALES-Martin's residence. Surveillance was already established at **8807 W. Boone Avenue** and the Subject Vehicle was observed to be parked in the driveway. CS-1 was observed walking towards the driveway of **8807 W. Boone Avenue** where he/she was met by MORALES-Martin. Case agents were able to observe CS-1 and MORALES-Martin walk up the driveway and enter the detached garage using the man door on the west side of the structure. CS-1 later informed case agents that once inside the garage MORALES-Martin retrieved the 1 ounce of cocaine and that it was already packaged in a zip-lock baggie. CS-1 witnessed approximately 1 additional ounce of cocaine while inside the garage. CS-1 was later observed exiting the garage with MORALES-Martin and departing the area. Immediately after CS-1 departed the area MORALES-Martin was observed entering the driver's seat of the Subject Vehicle and departing the area. CS-1 was followed directly back to the predetermined meeting location where he/she provided case agent with a zip-lock baggie containing suspected cocaine. CS-1 was then searched by case agents for additional drugs, money, weapons, and other

contraband with none located. The suspected cocaine was later subjected to a Nik Scott field test where it yielded a positive result for the presence of cocaine HCL.

18. On November 17, 2022, under the direction of case agents, CS-1 arranged to purchase another previously negotiated ounce of cocaine from MORALES-Martin for $900 USC. CS-1 had arranged to meet with MORALES-Martin at MORALES-Martins residence, **8807 W. Boone Ave, West Allis, WI** at 10:00 a.m. on November 17, 2022, to conduct the transaction. Case agents met with CS-1 at a previously determined location prior to the purchase, where CS-1 attempted to call MORALES-Martin multiple times, but MORALES-Martin did not answer. At approximately 11:00 a.m. MORALES-Martin called CS-1 and told CS-1 that he would be ready in approximately 30 minutes and instructed CS-1 to stop by. CS-1 was then searched by case agents for drugs, weapons, money, and other contraband with none located. CS-1 was then given $900 Official Advanced Funds (OAF) to make the purchase and departed the predetermined location in route to **8807 W. Boone Avenue**, MORALES-Martin's residence. Surveillance was already established at **8807 W. Boone Avenue** and the Subject Vehicle was observed to be parked in the driveway. CS-1 was observed by case agents parking and then meeting with MORALES-Martin in the driveway of **8807 W. Boone Avenue**. Case agents were able to observe CS-1 and MORALES-Martin walk up the driveway and enter the detached garage using the man door on the west side of the structure. CS-1 later informed case agents that once inside the garage MORALES-Martin retrieved the 1 ounce of cocaine from a white bucket just inside the door, and that it was already packaged and ready. CS-1 witnessed approximately two additional ounce of cocaine while inside the garage. CS-1 also later told case agents that MORALES-Martin insinuated he had cocaine readily available, and on hand for future buys. CS-1 was later observed exiting the garage with MORALES-Martin and departing the area. CS-1 was followed directly back to the predetermined meeting location where he/she provided case agent with a zip-lock baggie containing suspected cocaine. CS-1 was then searched by case agents for additional drugs, money, weapons, and other contraband with none located. The suspected cocaine was later subjected to a Nik Scott field test where it yielded a positive result for the presence of cocaine HCL.

### B. GPS Monitoring of Vehicle Used by Miguel MORALES-Martin

19. On November 18, 2022, the Honorable Stephen C. Dries, United States Magistrate Judge in the Eastern District of Wisconsin, signed a tracking warrant for the white 2012 Ford Transit Van, bearing Wisconsin license plate AEC-1276 (Subject Vehicle). On November 21, 2022, case agents observed the Subject Vehicle parked in the driveway at **8807 West Boone Avenue, West Allis, Wisconsin** and successfully installed the court ordered GPS tracking device.

20. On December 8, 2022, case agents observed the GPS tracking device installed on the Subject Vehicle, showed the Subject Vehicle to be traveling South on I-94 towards the Illinois State line. As the Subject Vehicle approached the Illinois state line case agents began coordinating a potential traffic stop should it make a quick trip to the Chicago area, and then head back to Milwaukee. The GPS tracker showed the Subject Vehicle went to 9N670 Kendall Rd, Elgin, IL and stopped for very brief period of time. At 8:27 am the tracker showed the Subject Vehicle to be heading South towards 9N670 Kendall Rd, and then at 8:37am the tracker

showed the Subject Vehicle heading North away from the address. After the Subject Vehicle left Elgin, IL, it headed directly back to the Milwaukee, WI area. The Subject Vehicle was picked up by surveillance units on I-43 northbound and surveillance was maintained until the Subject Vehicle was near the 57-mile marker on I-43 northbound. A K-9 officer with the New Berlin Police Department developed probable cause to conduct a traffic stop on the Subject Vehicle at this time. MORALES-Martin was the driver and sole occupant of the Subject Vehicle when it was traffic stopped. A K-9 was deployed and provided a positive alert to the presence of narcotics inside the Subject Vehicle at which time MORALES-Martin was detained. After a search of the Subject Vehicle, no contraband was located, but the New Berlin Police Officer that conducted the traffic stop informed case agents that the K-9 has alerted heavily towards the dashboard on the passenger side of the Subject Vehicle. The officer did not locate anything concealed within the dashboard, however, the officer did notice screws that did not appear to be factory installed, and look out of place. The officer also located three cellular phones inside the Subject Vehicle. Through my training and experience I know that it is common for drug traffickers to carry multiple cellular phones. MORALES-Martin was released at the conclusion of the search of the Subject Vehicle.

21. On December 30, 2022, the Honorable Stephen C. Dries, United States Magistrate Judge in the Eastern District of Wisconsin, signed a tracking warrant for the white 2012 Ford Transit Van, bearing Wisconsin license plate AEC-1276 (Subject Vehicle). This tracking warrant was an extension of a previous warrant, therefore a GPS tracking device that was already installed on the Subject Vehicle which case agents continued to monitor.

22. On January 22, 2023, case agents observed the GPS tracking device installed on the Subject Vehicle, showed the Subject Vehicle to be traveling South on I-94 towards the Illinois State line. The Subject Vehicle parked at the O'hare International Airport, in Chicago, Illinois and remained parked until February 1, 2023.

23. On February 6, 2023, at the direction of case agents, CS-1 contacted MORALES-Martin and asked if he/she could meet with MORALES-Martin. MORALES-Martin agreed to meet with CS-1 at MORALES-Martin's residence, **8807 West Boone Avenue, West Allis, Wisconsin**. During this meeting MORALES-Martin explained to CS-1 that he had been stopped by law enforcement in December of 2022. MORALES-Martin told CS-1 that he had driven $20,000 USC to Illinois and that law enforcement had stopped him after this transaction once he was back in Wisconsin. MORALES-Martin told CS-1 that he was only bringing money to Illinois on this specific trip and did not pick up any cocaine. MORALES-Martin told CS-1 that he could currently get kilograms of cocaine for $24,000 per kilogram and could get CS-1 kilograms for $26,000 per kilogram. MORALES-Martin also told CS-1 that he has access to whatever he needs. MORALES-Martin then told CS-1 that some of his associates in the Green Bay, Wisconsin area had recently been stopped and arrested by law enforcement. MORALES-Martin stated that because of this incident he lost approximately three quarters of a kilogram of cocaine.

24. During the meeting between CS-1 and MORALES-Martin, CS-1 asked MORALES-Martin if he needed any help moving or picking up money in the Milwaukee area and getting it

back to Mexico. MORALES-Martin told CS-1 that he already has a system set up with his current suppliers in Mexico. MORALES-Martin stated that they have drivers in place that don't know they are transporting narcotics proceeds, but MORALES-Martin did not get into specific details on how this operation works. MORALES-Martin told CS-1 that he had recently been to Mexico and CS-1 believed that MORALES-Martin was meeting with his supplies, but did not know where specifically in Mexico this meeting took place.

25. On February 15, 2023, MORALES-Martin contacted CS-1 and asked if he/she could meet with MORALES-Martin at his residence of **8807 West Boone Avenue, West Allis, Wisconsin**. On February 17, 2023, at MORALES-Martin's residence, he told the CS-1 that he would sell a kilo of cocaine for $24k and he lowered the price due to him trying to get rid of it. MORALES-Martin explained he had one kilo "on hand" and if the CS-1 wanted more he could retrieve more within 30 minutes to an hour. MORALES-Martin could get whatever the CS-1 needed. The CS-1 ended the conversation by telling MORALES-Martin he/she would let him know about future purchases.

26. On February 28, 2023, the white Ford transit van, AEC-1276 was shown traveling north towards Green Bay, when Brown County Sheriff's Department conducted a traffic stop on the vehicle with MORALES-Martin as the driver. A search of the vehicle was conducted and approximately one kilogram of narcotics wrapped in red plastic wrap was located in a white box in the rear of the van. Based on the narcotics found in the vehicle, and the prior transactions at his residence, I believe there to be more narcotics located in MORALES-Martin's detached garage at **8807 W. Boone Avenue, West Allis, Wisconsin.**

### IV. <u>CONCLUSION</u>

27. Based on the facts contained within this affidavit, I believe that probable cause exists to believe that in the State and Eastern District of Wisconsin, and elsewhere Miguel MORALES-Martin:

> a. Knowingly conspired, possess with the intent to distribute and distribute in excess of five kilogram of cocaine, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841 (a)(1), 841(b)(1)(A), and 846.

28. Based on the facts contained within this affidavit, I further believe that probable cause exists to believe that evidence of the offenses described above will be found in the residence and the detached garage at **8807 W. Boone Avenue, West Allis, Wisconsin**, to include all associated vehicles parked on the premises, the garage, and outbuildings, at this address. This property is utilized by Miguel MORALES-Martin as a storage location for narcotics prior to distribution. Based on the ongoing investigation to date, agents believe Miguel MORALES-Martin to distribute large amounts of cocaine throughout Milwaukee, Wisconsin. Agents are aware that large scale drug traffickers commonly maintain ledgers to record their narcotics distribution and may keep these ledgers in their residences or vehicles.

# ATTACHMENT A

**8807 W. Boone Avenue, West Allis, Wisconsin,** to include ~~all associated vehicles parked on the premises,~~ the garage, and outbuildings, at this address. This property is utilized by Miguel MORALES-Martin. Described as a two-story residence made of tan brick with tan trim and a brown roof. The numbers **"8807"** are posted to the left of the front door facing north. There is a two-car detached garage that has tan trim, a light brown roof, and a brown door that faces north.


White, 2012 Ford Transit Van, bearing Wisconsin license plate AEC-1276, VIN: NM0LS7BN7CT124954, registered to Miguel MORALES-Martin, 8807 W. Boone, Milwaukee, Wisconsin.